WILLIAM McDONALD, Appellant, *v.* THE MAYOR, ALDERMEN, AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued May 31, 1886; decided June 15, 1886.)

*James A. Deering* for appellant.

*D. J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JUNIUS N. PETTY et al., Appellants, *v.* ESTHER A. SHERWOOD, Respondent.

(Argued May 31, 1886; decided June 15, 1886.)

*J. Woolsey Shepard* for appellants.

*W. J. Stanford* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.